SMITH, McDOWELL & POWELL,
A LAW CORPORATION
Brad A. McDowell, SBN 207142
Sean M. Stowers SBN 303715
100 Howe Avenue, Suite 208 South
Sacramento, CA 95825
Telephone: (916) 569-8100

Attorneys for Defendant
JEFFREY A. SWEAT, MD, PC

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

MEGAN D. ERASMUS;

    Plaintiff,

v.

JEFFREY A. SWEAT, MD, PC, a California professional corporation;

    Defendant.

Case No.: 2:21-cv-00858-JAM-KJN

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING**

The Court, having considered the stipulation submitted herewith, hereby enters the following order:

Defendant Jeffrey A. Sweat, MD, PC's deadline to file a responsive pleading to the Complaint in this action is extended to July 26, 2021.

IT IS SO ORDERED.

Dated: July 9, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE